IDA RABINOWITZ et al., Plaintiffs, *v.* AUTOMEM, INC., Defendant.

City Court of the City of New York, Special Term, New York County, February 17, 1947.

*Jesse Perlmutter* for plaintiffs.

*Louis Reibel* for defendant.

BYRNES, Ch. J.  Motion for summary judgment is denied with leave to renew.  It appears that but six days' notice of motion by mail was given.  Section 164 of the Civil Practice Act, and subdivision 4 of section 29 of the New York City Court Act (L. 1926, ch. 539), read together, require seven days' notice of motion if notice of motion be served by mail.  A motion for summary judgment if personally served requires at least four days' notice. (See *Aronstam* v. *Scientific Utilities Co.,* 196 N. Y. S. 306, affd. 206 App. Div. 657.)